**FREEMAN MATHIS & GARY**
Sharon C. Collier (SBN 203450)
Sharon.Collier@fmglaw.com
Nathaniel L. Dunn (SBN 255661)
Nate.Dunn@fmglaw.com
1850 Mt. Diablo Blvd., Suite 510
Walnut Creek, CA 94596
Telephone: (925) 210-2283
Facsimile: (833) 330-3669

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE HUDSON, an individual and SHAUN HUDSON, an individual<br><br>           Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 2:24-at-767<br><br>[*Removed from Solano County Superior Court, Case No.* CU23-05644]<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; AND DEMAND FOR JURY TRIAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION, by and through counsel, hereby removes the above-captioned action from the Superior Court of the State of California, in and for the County of Solano, to the United States District Court for the Eastern District of California.

Removal is warranted under 28 U.S.C. §1441(b) because this is a civil action over which this Court has subject matter jurisdiction under 28 U.S.C. §1332, on the grounds that complete diversity exists between Plaintiffs JOYCE HUDSON and SHAUN HUDSON (collectively, "Plaintiffs") and Defendant COSTCO WHOLESALE CORPORATION, and the amount in controversy exceeds the sum of $75,000.

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; AND DEMAND FOR JURY TRIAL**

## BACKGROUND

On or about December 1, 2023 Plaintiffs filed a Complaint against Defendant COSTCO WHOLESALE CORPORATION ("Costco") in the Superior Court of California for Solano County entitled *Joyce Hudson, et al. v. Costco Wholesale Corporation, et al.,* Case No. CU23-05644 (hereinafter, the "State Court Action"). See Plaintiffs' Complaint, Request for Judicial Notice ["RFJN"] No. 1. Plaintiffs' Complaint asserts a cause of action for "Personal Injury" by Plaintiff JOYCE HUDSON (hereafter, "Mrs. Hudson") and claim for loss of consortium by Plaintiff SHAUN HUDSON (hereafter, "Mr. Hudson") based on Plaintiffs' allegation that on or about May 1, 2022, Mrs. Hudson sustained personal injuries as a result of slipping and falling while on the premises of the Costco warehouse located at 198 Plaza Drive, Vallejo, California 94591. RFJN No. 1.

Plaintiffs' Complaint seeks damages for their general (non-economic) and special (economic) damages but does not expressly state the amount sought in each of those categories of damages. RFJN No. 1. Costco filed an Answer to Plaintiff's Complaint on April 24, 2024. See Defendant's Answer, RFJN No. 2.

Plaintiffs are residents of the County of Solano in the State of California. See Plaintiffs' Complaint, RFJN No. 1, at ¶ 2. Costco is a corporation incorporated in the State of Washington and with its principal place of business in the State of Washington. See Costco's Amended and Restated Articles of Incorporation, RFJN No. 3.

On May 20, 2024, Mrs. Hudson served her responses to Costco's first sets of written discovery. Nathaniel L. Dunn ["Dunn Dec."] at ¶ 3. In those discovery responses, Mrs. Hudson described her injuries but did not expressly state the total amount of her claimed damages. Dunn Dec. at ¶ 4.

On June 18, 2024, Mrs. Hudson served a statement of her damages. Dunn Dec. at ¶ 5. In her statement of damages Mrs. Hudson alleges special damages in excess of $1,000,000 and general damages in excess of $1,000,000. Dunn Dec. at ¶ 6.

///

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; AND DEMAND FOR JURY TRIAL**

## STATEMENT OF JURISDICTION

This action involves parties who are citizens of different states and the amount in controversy exceeds $75,000.  Accordingly, this Court has jurisdiction under 28 U.S.C. § 1332, and Costco has the right to remove this matter to this Court pursuant to 28 U.S.C. § 1441(b).

**A.      Complete Diversity of Citizenship as to Plaintiff and Costco**

Plaintiffs and Costco are citizens of different states.  Thus, complete diversity of citizenship exists.  Plaintiffs reside in Solano County, in the State of California.  Plaintiffs are therefore citizens of California. Costco is a citizen of the State of Washington.  Costco is a corporation formed and incorporated under the laws of the State of Washington.  RFJN No. 3.   Moreover, Costco is headquartered and maintains its principal place of business at 999 Lake Drive, Issaquah, Washington 98207.  Id. at "Page 4," Article X.

**B.      Amount in Controversy**

The amount in controversy in this action exceeds the jurisdictional minimum of $75,000 set by 28 U.S.C. § 1332(a) in order to invoke diversity jurisdiction. "Where a plaintiff's complaint does not specify the amount of damages being sought, the removing defendant bears the burden of demonstrating by a preponderance of the evidence that the amount in controversy requirement is satisfied." Kenneth Rothschild Tr. v. Morgan Stanley Dean Witter, 199 F. Supp. 2d 993, 1001 (C.D. Cal. 2002).   To discharge its burden, a removing party only need establish that it is more likely than not that the amount in controversy exceeds $75,000. Valdez v. Allstate Ins. Co., 372 F.3d 1115, 1117 (9th Cir. 2004)

The Supreme Court has held that the party seeking removal, "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." Dart Cherokee Basin Operating Co., LLC v. Owens, 574 U.S. 81, 89 (2014). The calculation of the amount in controversy takes into account claims for general damages, special damages, punitive damages, and attorney's fees recoverable by statute or contract. Rippee v. Bos. Mkt. Corp., 408 F.Supp.2d 982, 984 (S.D.Cal.2005); see also Patel v. Nike Retail Servs., Inc., 58 F. Supp. 3d 1032, 1037 (N.D. Cal. 2014).

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY];
AND DEMAND FOR JURY TRIAL**

Here, the preponderance of evidence indicates the amount in controversy meets the minimum jurisdictional threshold of this court. While Plaintiffs' Complaint does not set forth the amount of their damages sought, Mrs. Hudson expressly alleges in her statement of damages that her special damages total $1,000,000 and her general damages total $1,000,000, for a total of $2,000,000 in claimed damages. That amount exceeds the $75,000 minimum threshold for diversity jurisdiction.

### TIMELINESS OF REMOVAL

Plaintiffs' Complaint did not state the amount of their claimed damages sufficient for Costco determine that the amount at issue exceeded $75,000.  Under 28 U.S.C. § 1446 (b)(3), Costco therefore had thirty days from the date Costco was in receipt of, "through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446 (b)(3).

The first paper received by Costco setting forth the amount of Plaintiffs' claimed damages was the statement of damages Plaintiffs served on June 18, 2024.  This Notice of Removal is therefore timely based on 28 U.S.C. section 1446 (b)(3), as it was filed within thirty days after service upon Costco of Plaintiffs' statement of damages.

Event if Plaintiffs were to argue that Costco should have reasonably known that the amount of this case exceeded $75,000 based on the discovery responses served on May 20, 2024, which Costco would dispute, Costco's Notice of Removal is being served within thirty days of its receipt of Plaintiffs' discovery responses.  Removal is therefore timely regardless of whether service of the discovery responses or the statement of damages is the triggering event.

### VENUE

Venue of this removed action is proper pursuant to 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the State Court Action was commenced.

### NOTICE TO PLAINTIFF

Costco's Notice to State Court and Adverse Parties of Removal shall be promptly filed in the State Court Action and served on Plaintiffs' counsel. Dunn Dec. at ¶ 7.

4

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY];**
**AND DEMAND FOR JURY TRIAL**

## **DEMAND FOR JURY TRIAL**

Costco hereby demands a jury trial of twelve jurors pursuant to Fed. Rule Civ. Proc. 48.

WHEREFORE, Costco prays that the above-entitled action, currently pending in the Solano County Superior Court of California, be removed to the United States District Court for the Eastern District of California, and that this action proceed in this Court as an action properly removed there.

DATED: June 18, 2024                    FREEMAN MATHIS & GARY

                                        By: _____
                                            Nathaniel L. Dunn
                                            *Attorneys for Defendant*
                                            COSTCO WHOLESALE CORPORATION

5
**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; AND DEMAND FOR JURY TRIAL**

## **PROOF OF SERVICE**

I declare that I am employed in the City and County of Contra Costa, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 1850 Mt. Diablo Blvd., Suite 510, Walnut Creek, CA 94596 my email address is karen.greer@fmglaw.com.

On June 18, 2024, I served copies of the attached document(s) entitled:

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; AND DEMAND FOR JURY TRIAL**

On the interested parties in this as follows:

*SEE ATTACHED SERVICE LIST*

In the manner set forth below:

☒     **BY ELECTRONIC MAIL.**  I caused the documents to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. My electronic notification address is Karen.greer@fmglaw.com

☒     **STATE.**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 18, 2024, at Walnut Creek, California.

*Karen Greer*

Karen Greer

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY]; AND DEMAND FOR JURY TRIAL**

**SERVICE LIST**

**Joyce Hudson, et al. v. Costco Wholesale Corporation**
*Solano County Superior Court Case No. CU23-05644*

| | |
|---|---|
| Thomas A. Morgan<br>**Ayala, Morgan & Buzzard**<br>729 1st Street, Suite D<br>Brentwood, CA 94513<br>T: (866) 465-2999<br>F: (925) 289-8846<br><br>Email: tom@amb.law<br>litigation@amb.law<br>angela@amb.law | **Attorneys for Plaintiffs**<br><br>*Joyce Hudson and Shaun Hudson* |

7

**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) [DIVERSITY];
AND DEMAND FOR JURY TRIAL**